UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORGANOGENESIS INC.,

                Plaintiff,

      v.

FAYTHE NESS,

                Defendant.

CIVIL ACTION NO. 2:16-cv-00989-GWN-CWH

**TEMPORARY RESTRAINING ORDER**

      Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, this matter having come before the Court upon the Emergency Motion for a Temporary Restraining Order and Motion for Preliminary Injunction filed by Plaintiff Organogenesis Inc. ("Organogenesis"), its supporting memorandum of points and authorities, and its supporting declarations, for good cause shown, the Court rules as follows:

      The Court finds that:

      1.    Organogenesis is likely to prevail on the merits of its breach of contract claim against Defendant Faythe Ness ("Ness") based on the supporting declarations to the Emergency Motion evidencing Ness's current employment with MiMedx Group, Inc. ("MiMedx"), a direct competitor of Organogenesis, soliciting the same customers she sold to as a former employee of Organogenesis.

      2.    Ness's solicitation of her former Organogenesis customers for the benefit of MiMedx will cause immediate and irreparable harm to Organogenesis resulting in the loss of goodwill and market share in Nevada.

      The Court hereby orders that Ness be enjoined as follows:

1. Ness shall not, within her former Organogenesis sales territory, participate as a salesperson or employee of any other business, firm or corporation which is, or by her action would become, competitive with the Business of Organogenesis, including MiMedx; and

2. Ness, on her own or in concert with others, shall not attempt to interfere with or entice away any Organogenesis customer within her former Organogenesis sales territory.

For the purposes of this order, the "Business of Organogenesis" shall mean the research, development, biological engineering work, technical and clinical feasibility investigations (conducted or contemplated), governmental approvals (obtained or applied for) and the products and services that may be manufactured, fabricated, packaged, sold, distributed, licensed, offered or contemplated to be offered for sale or license by Organogenesis in the field of tissue regeneration, including living and non-living tissue and organ replacement and repair constructs, related to the fields of wound repair, bio-surgery, and bio-aesthetics, including but not limited to: (a) living dermal equivalents, living epidermal equivalents, living skin equivalents, wound coverings and wound management products; (b) living connective tissue constructs and biomaterial constructs for the repair and/or replacement tendon, ligament, body-wall, cardiac tissue, vasculature, bone, cartilage, neural tissue; (c) injectable matrix compositions, injectable cell compositions, topical compositions containing cytokines, growth factors, and other cell-communication compounds; (d) natural and synthesized collagen compositions, and natural and synthesized extracellular matrix compositions; (e) cell culture media for culturing cells and living constructs; (f) stem cells; and (g) cell-delivery constructs.

Ness's former Organogenesis sales territory shall mean the municipalities and the associated zip codes set forth in the attached Exhibit A.

This temporary restraining order shall remain in place until May 23, 2016, with a hearing on the Motion for Preliminary Injunction to occur on May 23, 2016, at 9:00 AM.

It is further ordered that Organogenesis, having satisfactorily shown good cause, shall not be required to give security pursuant to Rule 65(c), or in the alternatively, is required to provide nominal security in the amount of $ 1,000.

Dated: May 3, 2016

**IT IS FURTHER ORDERED** that Ness shall file her Response to Organogenesis's Motion for Preliminary Injunction by the close of business on May 13, 2016. Moreover, Organogenesis shall file its Reply by the close of business on May 18, 2016. Additionally, the hearing on the Motion for Preliminary Injunction shall take place in LV Courtroom 7D before Chief Judge Gloria M. Navarro.

_____
United States District Court Judge

**EXHIBIT A**

**EXHIBIT A**

| ZIP Code | City | State Name | ST Abbrev |
|---|---|---|---|
| 84710 | ALTON | UTAH | UT |
| 84714 | BERYL | UTAH | UT |
| 84719 | BRIAN HEAD | UTAH | UT |
| 84720 | CEDAR CITY | UTAH | UT |
| 84721 | CEDAR CITY | UTAH | UT |
| 84722 | CENTRAL | UTAH | UT |
| 84725 | ENTERPRISE | UTAH | UT |
| 84729 | GLENDALE | UTAH | UT |
| 84733 | GUNLOCK | UTAH | UT |
| 84735 | HATCH | UTAH | UT |
| 84737 | HURRICANE | UTAH | UT |
| 84738 | IVINS | UTAH | UT |
| 84742 | KANARRAVILLE | UTAH | UT |
| 84745 | LA VERKIN | UTAH | UT |
| 84746 | LEEDS | UTAH | UT |
| 84753 | MODENA | UTAH | UT |
| 84755 | MOUNT CARMEL | UTAH | UT |
| 84756 | NEWCASTLE | UTAH | UT |
| 84757 | NEW HARMONY | UTAH | UT |
| 84758 | ORDERVILLE | UTAH | UT |
| 84759 | PANGUITCH | UTAH | UT |
| 84760 | PARAGONAH | UTAH | UT |
| 84761 | PAROWAN | UTAH | UT |
| 84762 | DUCK CREEK VILLAGE | UTAH | UT |
| 84763 | ROCKVILLE | UTAH | UT |
| 84765 | SANTA CLARA | UTAH | UT |
| 84767 | SPRINGDALE | UTAH | UT |
| 84770 | SAINT GEORGE | UTAH | UT |
| 84771 | SAINT GEORGE | UTAH | UT |
| 84772 | SUMMIT | UTAH | UT |
| 84774 | TOQUERVILLE | UTAH | UT |
| 84779 | VIRGIN | UTAH | UT |
| 84780 | WASHINGTON | UTAH | UT |
| 84781 | PINE VALLEY | UTAH | UT |
| 84782 | VEYO | UTAH | UT |
| 84783 | DAMMERON VALLEY | UTAH | UT |
| 84784 | HILDALE | UTAH | UT |
| 84790 | SAINT GEORGE | UTAH | UT |
| 84791 | SAINT GEORGE | UTAH | UT |
| 85325 | BOUSE | ARIZONA | AZ |
| 85328 | CIBOLA | ARIZONA | AZ |
| 85334 | EHRENBERG | ARIZONA | AZ |
| 85344 | PARKER | ARIZONA | AZ |
| 85346 | QUARTZSITE | ARIZONA | AZ |
| 85348 | SALOME | ARIZONA | AZ |
| 85357 | WENDEN | ARIZONA | AZ |

| | | | |
|---|---|---|---|
| 85359 | QUARTZSITE | ARIZONA | AZ |
| 85360 | WIKIEUP | ARIZONA | AZ |
| 85371 | POSTON | ARIZONA | AZ |
| 86401 | KINGMAN | ARIZONA | AZ |
| 86402 | KINGMAN | ARIZONA | AZ |
| 86403 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86404 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86405 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86406 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86409 | KINGMAN | ARIZONA | AZ |
| 86412 | HUALAPAI | ARIZONA | AZ |
| 86413 | GOLDEN VALLEY | ARIZONA | AZ |
| 86426 | FORT MOHAVE | ARIZONA | AZ |
| 86427 | FORT MOHAVE | ARIZONA | AZ |
| 86429 | BULLHEAD CITY | ARIZONA | AZ |
| 86430 | BULLHEAD CITY | ARIZONA | AZ |
| 86431 | CHLORIDE | ARIZONA | AZ |
| 86433 | OATMAN | ARIZONA | AZ |
| 86436 | TOPOCK | ARIZONA | AZ |
| 86437 | VALENTINE | ARIZONA | AZ |
| 86438 | YUCCA | ARIZONA | AZ |
| 86439 | BULLHEAD CITY | ARIZONA | AZ |
| 86440 | MOHAVE VALLEY | ARIZONA | AZ |
| 86441 | DOLAN SPRINGS | ARIZONA | AZ |
| 86442 | BULLHEAD CITY | ARIZONA | AZ |
| 86443 | TEMPLE BAR MARINA | ARIZONA | AZ |
| 86444 | MEADVIEW | ARIZONA | AZ |
| 86445 | WILLOW BEACH | ARIZONA | AZ |
| 86446 | MOHAVE VALLEY | ARIZONA | AZ |
| 88901 | THE LAKES | NEVADA | NV |
| 88905 | THE LAKES | NEVADA | NV |
| 89001 | ALAMO | NEVADA | NV |
| 89002 | HENDERSON | NEVADA | NV |
| 89003 | BEATTY | NEVADA | NV |
| 89004 | BLUE DIAMOND | NEVADA | NV |
| 89005 | BOULDER CITY | NEVADA | NV |
| 89006 | BOULDER CITY | NEVADA | NV |
| 89007 | BUNKERVILLE | NEVADA | NV |
| 89008 | CALIENTE | NEVADA | NV |
| 89009 | HENDERSON | NEVADA | NV |
| 89010 | DYER | NEVADA | NV |
| 89011 | HENDERSON | NEVADA | NV |
| 89012 | HENDERSON | NEVADA | NV |
| 89013 | GOLDFIELD | NEVADA | NV |
| 89014 | HENDERSON | NEVADA | NV |
| 89015 | HENDERSON | NEVADA | NV |
| 89016 | HENDERSON | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89017 | HIKO | NEVADA | NV |
| 89018 | INDIAN SPRINGS | NEVADA | NV |
| 89019 | JEAN | NEVADA | NV |
| 89020 | AMARGOSA VALLEY | NEVADA | NV |
| 89021 | LOGANDALE | NEVADA | NV |
| 89022 | MANHATTAN | NEVADA | NV |
| 89023 | MERCURY | NEVADA | NV |
| 89024 | MESQUITE | NEVADA | NV |
| 89025 | MOAPA | NEVADA | NV |
| 89026 | JEAN | NEVADA | NV |
| 89027 | MESQUITE | NEVADA | NV |
| 89028 | LAUGHLIN | NEVADA | NV |
| 89029 | LAUGHLIN | NEVADA | NV |
| 89030 | NORTH LAS VEGAS | NEVADA | NV |
| 89031 | NORTH LAS VEGAS | NEVADA | NV |
| 89032 | NORTH LAS VEGAS | NEVADA | NV |
| 89033 | NORTH LAS VEGAS | NEVADA | NV |
| 89034 | MESQUITE | NEVADA | NV |
| 89036 | NORTH LAS VEGAS | NEVADA | NV |
| 89037 | COYOTE SPRINGS | NEVADA | NV |
| 89039 | CAL NEV ARI | NEVADA | NV |
| 89040 | OVERTON | NEVADA | NV |
| 89041 | PAHRUMP | NEVADA | NV |
| 89042 | PANACA | NEVADA | NV |
| 89043 | PIOCHE | NEVADA | NV |
| 89044 | HENDERSON | NEVADA | NV |
| 89045 | ROUND MOUNTAIN | NEVADA | NV |
| 89046 | SEARCHLIGHT | NEVADA | NV |
| 89047 | SILVERPEAK | NEVADA | NV |
| 89048 | PAHRUMP | NEVADA | NV |
| 89049 | TONOPAH | NEVADA | NV |
| 89052 | HENDERSON | NEVADA | NV |
| 89053 | HENDERSON | NEVADA | NV |
| 89054 | LAS VEGAS | NEVADA | NV |
| 89060 | PAHRUMP | NEVADA | NV |
| 89061 | PAHRUMP | NEVADA | NV |
| 89067 | COYOTE SPRINGS | NEVADA | NV |
| 89070 | INDIAN SPRINGS | NEVADA | NV |
| 89074 | HENDERSON | NEVADA | NV |
| 89077 | HENDERSON | NEVADA | NV |
| 89081 | NORTH LAS VEGAS | NEVADA | NV |
| 89084 | NORTH LAS VEGAS | NEVADA | NV |
| 89085 | NORTH LAS VEGAS | NEVADA | NV |
| 89086 | NORTH LAS VEGAS | NEVADA | NV |
| 89087 | NORTH LAS VEGAS | NEVADA | NV |
| 89101 | LAS VEGAS | NEVADA | NV |
| 89102 | LAS VEGAS | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89103 | LAS VEGAS | NEVADA | NV |
| 89104 | LAS VEGAS | NEVADA | NV |
| 89105 | LAS VEGAS | NEVADA | NV |
| 89106 | LAS VEGAS | NEVADA | NV |
| 89107 | LAS VEGAS | NEVADA | NV |
| 89108 | LAS VEGAS | NEVADA | NV |
| 89109 | LAS VEGAS | NEVADA | NV |
| 89110 | LAS VEGAS | NEVADA | NV |
| 89111 | LAS VEGAS | NEVADA | NV |
| 89112 | LAS VEGAS | NEVADA | NV |
| 89113 | LAS VEGAS | NEVADA | NV |
| 89114 | LAS VEGAS | NEVADA | NV |
| 89115 | LAS VEGAS | NEVADA | NV |
| 89116 | LAS VEGAS | NEVADA | NV |
| 89117 | LAS VEGAS | NEVADA | NV |
| 89118 | LAS VEGAS | NEVADA | NV |
| 89119 | LAS VEGAS | NEVADA | NV |
| 89120 | LAS VEGAS | NEVADA | NV |
| 89121 | LAS VEGAS | NEVADA | NV |
| 89122 | LAS VEGAS | NEVADA | NV |
| 89123 | LAS VEGAS | NEVADA | NV |
| 89124 | LAS VEGAS | NEVADA | NV |
| 89125 | LAS VEGAS | NEVADA | NV |
| 89126 | LAS VEGAS | NEVADA | NV |
| 89127 | LAS VEGAS | NEVADA | NV |
| 89128 | LAS VEGAS | NEVADA | NV |
| 89129 | LAS VEGAS | NEVADA | NV |
| 89130 | LAS VEGAS | NEVADA | NV |
| 89131 | LAS VEGAS | NEVADA | NV |
| 89132 | LAS VEGAS | NEVADA | NV |
| 89133 | LAS VEGAS | NEVADA | NV |
| 89134 | LAS VEGAS | NEVADA | NV |
| 89135 | LAS VEGAS | NEVADA | NV |
| 89136 | LAS VEGAS | NEVADA | NV |
| 89137 | LAS VEGAS | NEVADA | NV |
| 89138 | LAS VEGAS | NEVADA | NV |
| 89139 | LAS VEGAS | NEVADA | NV |
| 89140 | LAS VEGAS | NEVADA | NV |
| 89141 | LAS VEGAS | NEVADA | NV |
| 89142 | LAS VEGAS | NEVADA | NV |
| 89143 | LAS VEGAS | NEVADA | NV |
| 89144 | LAS VEGAS | NEVADA | NV |
| 89145 | LAS VEGAS | NEVADA | NV |
| 89146 | LAS VEGAS | NEVADA | NV |
| 89147 | LAS VEGAS | NEVADA | NV |
| 89148 | LAS VEGAS | NEVADA | NV |
| 89149 | LAS VEGAS | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89150 | LAS VEGAS | NEVADA | NV |
| 89151 | LAS VEGAS | NEVADA | NV |
| 89152 | LAS VEGAS | NEVADA | NV |
| 89153 | LAS VEGAS | NEVADA | NV |
| 89154 | LAS VEGAS | NEVADA | NV |
| 89155 | LAS VEGAS | NEVADA | NV |
| 89156 | LAS VEGAS | NEVADA | NV |
| 89157 | LAS VEGAS | NEVADA | NV |
| 89158 | LAS VEGAS | NEVADA | NV |
| 89159 | LAS VEGAS | NEVADA | NV |
| 89160 | LAS VEGAS | NEVADA | NV |
| 89161 | LAS VEGAS | NEVADA | NV |
| 89162 | LAS VEGAS | NEVADA | NV |
| 89163 | LAS VEGAS | NEVADA | NV |
| 89164 | LAS VEGAS | NEVADA | NV |
| 89165 | LAS VEGAS | NEVADA | NV |
| 89166 | LAS VEGAS | NEVADA | NV |
| 89169 | LAS VEGAS | NEVADA | NV |
| 89170 | LAS VEGAS | NEVADA | NV |
| 89173 | LAS VEGAS | NEVADA | NV |
| 89177 | LAS VEGAS | NEVADA | NV |
| 89178 | LAS VEGAS | NEVADA | NV |
| 89179 | LAS VEGAS | NEVADA | NV |
| 89180 | LAS VEGAS | NEVADA | NV |
| 89183 | LAS VEGAS | NEVADA | NV |
| 89185 | LAS VEGAS | NEVADA | NV |
| 89191 | NELLIS AFB | NEVADA | NV |
| 89193 | LAS VEGAS | NEVADA | NV |
| 89195 | LAS VEGAS | NEVADA | NV |
| 89199 | LAS VEGAS | NEVADA | NV |
| 89301 | ELY | NEVADA | NV |
| 89310 | AUSTIN | NEVADA | NV |
| 89311 | BAKER | NEVADA | NV |
| 89314 | DUCKWATER | NEVADA | NV |
| 89315 | EAST ELY | NEVADA | NV |
| 89316 | EUREKA | NEVADA | NV |
| 89317 | LUND | NEVADA | NV |
| 89318 | MC GILL | NEVADA | NV |
| 89319 | RUTH | NEVADA | NV |
| 89404 | DENIO | NEVADA | NV |
| 89405 | EMPIRE | NEVADA | NV |
| 89406 | FALLON | NEVADA | NV |
| 89407 | FALLON | NEVADA | NV |
| 89408 | FERNLEY | NEVADA | NV |
| 89409 | GABBS | NEVADA | NV |
| 89412 | GERLACH | NEVADA | NV |
| 89414 | GOLCONDA | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89415 | HAWTHORNE | NEVADA | NV |
| 89418 | IMLAY | NEVADA | NV |
| 89419 | LOVELOCK | NEVADA | NV |
| 89420 | LUNING | NEVADA | NV |
| 89421 | MC DERMITT | NEVADA | NV |
| 89422 | MINA | NEVADA | NV |
| 89424 | NIXON | NEVADA | NV |
| 89425 | OROVADA | NEVADA | NV |
| 89438 | VALMY | NEVADA | NV |
| 89442 | WADSWORTH | NEVADA | NV |
| 89496 | FALLON | NEVADA | NV |
| 89801 | ELKO | NEVADA | NV |
| 89802 | ELKO | NEVADA | NV |
| 89803 | ELKO | NEVADA | NV |
| 89815 | SPRING CREEK | NEVADA | NV |
| 89820 | BATTLE MOUNTAIN | NEVADA | NV |
| 89821 | CRESCENT VALLEY | NEVADA | NV |
| 89822 | CARLIN | NEVADA | NV |
| 89823 | DEETH | NEVADA | NV |
| 89824 | HALLECK | NEVADA | NV |
| 89828 | LAMOILLE | NEVADA | NV |
| 89830 | MONTELLO | NEVADA | NV |
| 89833 | RUBY VALLEY | NEVADA | NV |
| 89834 | TUSCARORA | NEVADA | NV |
| 89835 | WELLS | NEVADA | NV |
| 89883 | WEST WENDOVER | NEVADA | NV |
| 92225 | BLYTHE | CALIFORNIA | CA |
| 92226 | BLYTHE | CALIFORNIA | CA |
| 92242 | EARP | CALIFORNIA | CA |
| 92267 | PARKER DAM | CALIFORNIA | CA |
| 92363 | NEEDLES | CALIFORNIA | CA |