BRUCE C. YOUNG, ESQ., Bar #5560
byoung@littler.com
KATHRYN B. BLAKEY, ESQ., Bar #12701
kblakey@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
FAYTHE NESS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORGANOGENESIS INC., <br><br>Plaintiff, <br><br>vs. <br><br>FAYTHE NESS, <br><br>Defendant. | Case No. 2:16-CV-00989-GMN-CWH <br><br>[          ] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

This matter comes before the Court on Plaintiff ORGANOGENESIS INC.'s (hereinafter "Plaintiff" or "Organogenesis") Complaint and Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction against Defendant FAYTHE NESS ("Defendant" or "Ness").

**I.     CASE BACKGROUND AND COURSE OF PROCEEDINGS**

On May 3, 2016, Plaintiff applied to this Court for an Emergency Motion for Temporary Restraining Order [**ECF No. 8**] and Motion for Preliminary Injunction [**ECF No. 9**]. That same day, the Court entered an Order on Plaintiff's Emergency Motion for Temporary Restraining Order keeping it in place until the hearing on the Motion for Preliminary Injunction, which the Court set for Monday, May 23, 2016. [**ECF No. 10**]. On May 13, 2016, Defendant filed her Response to the Motion for Preliminary Injunction. [**ECF No. 19**]. Plaintiff filed its Reply on May 18, 2016. [**ECF No. 22**].

B4563646.3

On May 23, 2016, at the scheduled hearing, the Court heard oral arguments on the Motion for Preliminary Injunction and took the matter under submission. **[ECF No. 23]**. On May 24, 2016, the Court issued an Order granting Plaintiff's Motion for Preliminary Injunction and entered the following Order:

> 1. Defendant Ness shall not, within her former Organogenesis sales territory, participate as a salesperson or employee of any other business, firm or corporation which is, or by her action would become, competitive with the Business of Organogenesis, including MiMedx; and
>
> 2. Defendant Ness, on her own concert with others, shall not attempt to interfere with or entice away any Organogenesis customer within her former Organogenesis sales territory.
>
> For the purposes of this Order, the "Business of Organogenesis" shall mean the research, development, biological engineering work, technical and clinical feasibility investigations (conducted or contemplated), governmental, fabricated, packaged, sold, distributed, licensed, offered or contemplated to be offer for sale or license by Organogenesis in the field of tissue regeneration, including living and non-living tissue and organ replacement and repair constructs, related to the fields of wound repair, bio-surgery, and bio-aesthetics, including but not limited to: (a) living dermal equivalents, living epidermal equivalents, living skin equivalents, wound coverings and wound management products; (b) living connective tissue constructs and biomaterial constructs for the repair and/or replacement tendon, ligament, body-wall, cardiac tissue, vasculature, bone, cartilage, neural tissue; (c) injectable matrix compositions, injectable cell compositions, topical compositions containing cytokines, growth factors, and other cellcommunication compounds; (d) natural and synthesized collagen compositions, and natural and synthesized extracellular matrix compositions; (e) cell culture medial for culturing cells and living constructs; (f) stem cells; and (g) cell-delivery constructs.

**ECF No. 24, at pp.10-11**.

Also on May 24, 2016, Defendant filed her Answer to Defendant's Complaint. **[ECF No. 25]**. On June 8, 2016, Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Court 26-1(d), the parties conducted a meeting to discuss the relevant issues for discovery, possible early resolution of the matter, and other pertinent issues. Pursuant to that meeting and follow up discussions and negotiations, the parties have reached a resolution of this action, to be effectuated in part pursuant to the terms of a Stipulated Permanent Injunction. The resolution of this action between the parties is contingent upon entry by the Court of this Final Judgment and Permanent Injunction.

///

B4563646.3

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

**II.   CONSENT PERMANENT INJUNCTION**

1. For a period of twelve (12) months from May 3, 2016, Defendant Ness is hereby enjoined and prohibited from marketing or selling products that are competitive with the products she was responsible to market or sell during her employment with Organogenesis (*i.e.* Apligraf®, Dermagraft®, and PuraPly™) in her former Organogenesis sales territory. For the purposes of this Order, Defendant Ness's former Organogenesis sales territory consists of the municipalities listed in the attached Exhibit A.

2. For a period of twelve (12) months from May 3, 2016, Defendant Ness, on her own or in concert with others, shall not attempt to interfere with or entice away any Organogenesis customer within her former Organogenesis sales territory.

3. Notwithstanding the foregoing, Defendant Ness is permitted to market and sell AmnioFix® on behalf of MiMedx Group, Inc.

4. Defendant Ness is further permitted to sell EpiBurn™ at burn care centers <u>provided that</u> such activities would not require her to have contact with any customers or potential customers of Organogenesis with whom Ness had contact during her employment with Organogenesis or whom may use PuraPly™ in other areas of their practice.

5. Defendant Ness is further enjoined from disseminating, publishing, disclosing, using for her own benefit or the benefit of others, or divulging or conveying to others, any trade secrets of Organogenesis.

6. Defendant Ness shall not use, disclose or disseminate any confidential or proprietary information she had access to at Organogenesis, such as customer information or information otherwise described in the confidentiality obligations set forth in her Confidentiality and Non-Solicitation Agreement.

7. Defendant Ness is further enjoined and prohibited from removing, altering, erasing, deleting, or destroying any evidence, or potential evidence relevant to the instant litigation.

8. This Order shall remain in place as a permanent injunction.

### III. DISMISSAL

Subject to Section II of this Order, the Parties have stipulated to the dismissal with prejudice of all Organogenesis' claims against Ness asserted in this action, provided that the Court approves and enters this Order as submitted by the Parties. Having approved this Order, it is hereby ORDERED that Organogenesis' claims against Ness alleged in this action are dismissed with prejudice, subject to section V below.

### IV. EFFECTIVE DATE

The effective date of this Order shall be the date upon which it is entered by the Court.

### V. RETENTION OF JURISDICTION

This Court shall retain jurisdiction over this case and the Parties for the purposes of resolving any disputes arising under this Order, entering orders modifying this Order, or effectuating or enforcing compliance with the terms of this Order. Violations of this Order may be punishable as a contempt of Court. The Court shall retain jurisdiction over any injunctions in this Order until such injunctions expire by their own respective terms.

### VI. FINAL JUDGMENT

Upon approval and entry of this Order, this Order shall constitute the final judgment in this action regarding the claims by Organogenesis against Ness.

**IT IS SO ORDERED.**

DATED: This __1__ day of August, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

B4563646.3

1  Dated:  July 28, 2016

2  Respectfully submitted,                              Respectfully submitted,

3

4  /s/ Doreen Spears, Esq.                              /s/ Kathryn B. Blakey, Esq.
   DOREEN SPEARS, ESQ.                                  BRUCE YOUNG, ESQ.
   LAURA J. THALACKER, ESQ.                             KATHRYN B. BLAKEY, ESQ.
5  HARTWELL THALACKER, LTD.                             LITTLER MENDELSON, P.C.

6  Attorneys for Plaintiff                              Attorneys for Defendants
   ORGANOGENESIS INC.                                   FAYTHE NESS
7

8  Respectfully submitted,

9   /s/ Christopher S. Fuedo, Esq.
   CHRISTOPHER S. FEUDO, ESQ.
10  FOLEY HOAG LLP

11 Attorneys for Plaintiff
   ORGANOGENESIS INC.
12

13

14 Firmwide:141659456.1 089186.1001

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.

B4563646.3

# EXHIBIT A

| ZIP Code | City | State Name | ST Abbrev |
|---|---|---|---|
| 84710 | ALTON | UTAH | UT |
| 84714 | BERYL | UTAH | UT |
| 84719 | BRIAN HEAD | UTAH | UT |
| 84720 | CEDAR CITY | UTAH | UT |
| 84721 | CEDAR CITY | UTAH | UT |
| 84722 | CENTRAL | UTAH | UT |
| 84725 | ENTERPRISE | UTAH | UT |
| 84729 | GLENDALE | UTAH | UT |
| 84733 | GUNLOCK | UTAH | UT |
| 84735 | HATCH | UTAH | UT |
| 84737 | HURRICANE | UTAH | UT |
| 84738 | IVINS | UTAH | UT |
| 84742 | KANARRAVILLE | UTAH | UT |
| 84745 | LA VERKIN | UTAH | UT |
| 84746 | LEEDS | UTAH | UT |
| 84753 | MODENA | UTAH | UT |
| 84755 | MOUNT CARMEL | UTAH | UT |
| 84756 | NEWCASTLE | UTAH | UT |
| 84757 | NEW HARMONY | UTAH | UT |
| 84758 | ORDERVILLE | UTAH | UT |
| 84759 | PANGUITCH | UTAH | UT |
| 84760 | PARAGONAH | UTAH | UT |
| 84761 | PAROWAN | UTAH | UT |
| 84762 | DUCK CREEK VILLAGE | UTAH | UT |
| 84763 | ROCKVILLE | UTAH | UT |
| 84765 | SANTA CLARA | UTAH | UT |
| 84767 | SPRINGDALE | UTAH | UT |
| 84770 | SAINT GEORGE | UTAH | UT |
| 84771 | SAINT GEORGE | UTAH | UT |
| 84772 | SUMMIT | UTAH | UT |
| 84774 | TOQUERVILLE | UTAH | UT |
| 84779 | VIRGIN | UTAH | UT |
| 84780 | WASHINGTON | UTAH | UT |
| 84781 | PINE VALLEY | UTAH | UT |
| 84782 | VEYO | UTAH | UT |
| 84783 | DAMMERON VALLEY | UTAH | UT |
| 84784 | HILDALE | UTAH | UT |
| 84790 | SAINT GEORGE | UTAH | UT |
| 84791 | SAINT GEORGE | UTAH | UT |
| 85325 | BOUSE | ARIZONA | AZ |
| 85328 | CIBOLA | ARIZONA | AZ |
| 85334 | EHRENBERG | ARIZONA | AZ |
| 85344 | PARKER | ARIZONA | AZ |
| 85346 | QUARTZSITE | ARIZONA | AZ |
| 85348 | SALOME | ARIZONA | AZ |
| 85357 | WENDEN | ARIZONA | AZ |

| | | | |
|---|---|---|---|
| 85359 | QUARTZSITE | ARIZONA | AZ |
| 85360 | WIKIEUP | ARIZONA | AZ |
| 85371 | POSTON | ARIZONA | AZ |
| 86401 | KINGMAN | ARIZONA | AZ |
| 86402 | KINGMAN | ARIZONA | AZ |
| 86403 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86404 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86405 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86406 | LAKE HAVASU CITY | ARIZONA | AZ |
| 86409 | KINGMAN | ARIZONA | AZ |
| 86412 | HUALAPAI | ARIZONA | AZ |
| 86413 | GOLDEN VALLEY | ARIZONA | AZ |
| 86426 | FORT MOHAVE | ARIZONA | AZ |
| 86427 | FORT MOHAVE | ARIZONA | AZ |
| 86429 | BULLHEAD CITY | ARIZONA | AZ |
| 86430 | BULLHEAD CITY | ARIZONA | AZ |
| 86431 | CHLORIDE | ARIZONA | AZ |
| 86433 | OATMAN | ARIZONA | AZ |
| 86436 | TOPOCK | ARIZONA | AZ |
| 86437 | VALENTINE | ARIZONA | AZ |
| 86438 | YUCCA | ARIZONA | AZ |
| 86439 | BULLHEAD CITY | ARIZONA | AZ |
| 86440 | MOHAVE VALLEY | ARIZONA | AZ |
| 86441 | DOLAN SPRINGS | ARIZONA | AZ |
| 86442 | BULLHEAD CITY | ARIZONA | AZ |
| 86443 | TEMPLE BAR MARINA | ARIZONA | AZ |
| 86444 | MEADVIEW | ARIZONA | AZ |
| 86445 | WILLOW BEACH | ARIZONA | AZ |
| 86446 | MOHAVE VALLEY | ARIZONA | AZ |
| 88901 | THE LAKES | NEVADA | NV |
| 88905 | THE LAKES | NEVADA | NV |
| 89001 | ALAMO | NEVADA | NV |
| 89002 | HENDERSON | NEVADA | NV |
| 89003 | BEATTY | NEVADA | NV |
| 89004 | BLUE DIAMOND | NEVADA | NV |
| 89005 | BOULDER CITY | NEVADA | NV |
| 89006 | BOULDER CITY | NEVADA | NV |
| 89007 | BUNKERVILLE | NEVADA | NV |
| 89008 | CALIENTE | NEVADA | NV |
| 89009 | HENDERSON | NEVADA | NV |
| 89010 | DYER | NEVADA | NV |
| 89011 | HENDERSON | NEVADA | NV |
| 89012 | HENDERSON | NEVADA | NV |
| 89013 | GOLDFIELD | NEVADA | NV |
| 89014 | HENDERSON | NEVADA | NV |
| 89015 | HENDERSON | NEVADA | NV |
| 89016 | HENDERSON | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89017 | HIKO | NEVADA | NV |
| 89018 | INDIAN SPRINGS | NEVADA | NV |
| 89019 | JEAN | NEVADA | NV |
| 89020 | AMARGOSA VALLEY | NEVADA | NV |
| 89021 | LOGANDALE | NEVADA | NV |
| 89022 | MANHATTAN | NEVADA | NV |
| 89023 | MERCURY | NEVADA | NV |
| 89024 | MESQUITE | NEVADA | NV |
| 89025 | MOAPA | NEVADA | NV |
| 89026 | JEAN | NEVADA | NV |
| 89027 | MESQUITE | NEVADA | NV |
| 89028 | LAUGHLIN | NEVADA | NV |
| 89029 | LAUGHLIN | NEVADA | NV |
| 89030 | NORTH LAS VEGAS | NEVADA | NV |
| 89031 | NORTH LAS VEGAS | NEVADA | NV |
| 89032 | NORTH LAS VEGAS | NEVADA | NV |
| 89033 | NORTH LAS VEGAS | NEVADA | NV |
| 89034 | MESQUITE | NEVADA | NV |
| 89036 | NORTH LAS VEGAS | NEVADA | NV |
| 89037 | COYOTE SPRINGS | NEVADA | NV |
| 89039 | CAL NEV ARI | NEVADA | NV |
| 89040 | OVERTON | NEVADA | NV |
| 89041 | PAHRUMP | NEVADA | NV |
| 89042 | PANACA | NEVADA | NV |
| 89043 | PIOCHE | NEVADA | NV |
| 89044 | HENDERSON | NEVADA | NV |
| 89045 | ROUND MOUNTAIN | NEVADA | NV |
| 89046 | SEARCHLIGHT | NEVADA | NV |
| 89047 | SILVERPEAK | NEVADA | NV |
| 89048 | PAHRUMP | NEVADA | NV |
| 89049 | TONOPAH | NEVADA | NV |
| 89052 | HENDERSON | NEVADA | NV |
| 89053 | HENDERSON | NEVADA | NV |
| 89054 | LAS VEGAS | NEVADA | NV |
| 89060 | PAHRUMP | NEVADA | NV |
| 89061 | PAHRUMP | NEVADA | NV |
| 89067 | COYOTE SPRINGS | NEVADA | NV |
| 89070 | INDIAN SPRINGS | NEVADA | NV |
| 89074 | HENDERSON | NEVADA | NV |
| 89077 | HENDERSON | NEVADA | NV |
| 89081 | NORTH LAS VEGAS | NEVADA | NV |
| 89084 | NORTH LAS VEGAS | NEVADA | NV |
| 89085 | NORTH LAS VEGAS | NEVADA | NV |
| 89086 | NORTH LAS VEGAS | NEVADA | NV |
| 89087 | NORTH LAS VEGAS | NEVADA | NV |
| 89101 | LAS VEGAS | NEVADA | NV |
| 89102 | LAS VEGAS | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89103 | LAS VEGAS | NEVADA | NV |
| 89104 | LAS VEGAS | NEVADA | NV |
| 89105 | LAS VEGAS | NEVADA | NV |
| 89106 | LAS VEGAS | NEVADA | NV |
| 89107 | LAS VEGAS | NEVADA | NV |
| 89108 | LAS VEGAS | NEVADA | NV |
| 89109 | LAS VEGAS | NEVADA | NV |
| 89110 | LAS VEGAS | NEVADA | NV |
| 89111 | LAS VEGAS | NEVADA | NV |
| 89112 | LAS VEGAS | NEVADA | NV |
| 89113 | LAS VEGAS | NEVADA | NV |
| 89114 | LAS VEGAS | NEVADA | NV |
| 89115 | LAS VEGAS | NEVADA | NV |
| 89116 | LAS VEGAS | NEVADA | NV |
| 89117 | LAS VEGAS | NEVADA | NV |
| 89118 | LAS VEGAS | NEVADA | NV |
| 89119 | LAS VEGAS | NEVADA | NV |
| 89120 | LAS VEGAS | NEVADA | NV |
| 89121 | LAS VEGAS | NEVADA | NV |
| 89122 | LAS VEGAS | NEVADA | NV |
| 89123 | LAS VEGAS | NEVADA | NV |
| 89124 | LAS VEGAS | NEVADA | NV |
| 89125 | LAS VEGAS | NEVADA | NV |
| 89126 | LAS VEGAS | NEVADA | NV |
| 89127 | LAS VEGAS | NEVADA | NV |
| 89128 | LAS VEGAS | NEVADA | NV |
| 89129 | LAS VEGAS | NEVADA | NV |
| 89130 | LAS VEGAS | NEVADA | NV |
| 89131 | LAS VEGAS | NEVADA | NV |
| 89132 | LAS VEGAS | NEVADA | NV |
| 89133 | LAS VEGAS | NEVADA | NV |
| 89134 | LAS VEGAS | NEVADA | NV |
| 89135 | LAS VEGAS | NEVADA | NV |
| 89136 | LAS VEGAS | NEVADA | NV |
| 89137 | LAS VEGAS | NEVADA | NV |
| 89138 | LAS VEGAS | NEVADA | NV |
| 89139 | LAS VEGAS | NEVADA | NV |
| 89140 | LAS VEGAS | NEVADA | NV |
| 89141 | LAS VEGAS | NEVADA | NV |
| 89142 | LAS VEGAS | NEVADA | NV |
| 89143 | LAS VEGAS | NEVADA | NV |
| 89144 | LAS VEGAS | NEVADA | NV |
| 89145 | LAS VEGAS | NEVADA | NV |
| 89146 | LAS VEGAS | NEVADA | NV |
| 89147 | LAS VEGAS | NEVADA | NV |
| 89148 | LAS VEGAS | NEVADA | NV |
| 89149 | LAS VEGAS | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89150 | LAS VEGAS | NEVADA | NV |
| 89151 | LAS VEGAS | NEVADA | NV |
| 89152 | LAS VEGAS | NEVADA | NV |
| 89153 | LAS VEGAS | NEVADA | NV |
| 89154 | LAS VEGAS | NEVADA | NV |
| 89155 | LAS VEGAS | NEVADA | NV |
| 89156 | LAS VEGAS | NEVADA | NV |
| 89157 | LAS VEGAS | NEVADA | NV |
| 89158 | LAS VEGAS | NEVADA | NV |
| 89159 | LAS VEGAS | NEVADA | NV |
| 89160 | LAS VEGAS | NEVADA | NV |
| 89161 | LAS VEGAS | NEVADA | NV |
| 89162 | LAS VEGAS | NEVADA | NV |
| 89163 | LAS VEGAS | NEVADA | NV |
| 89164 | LAS VEGAS | NEVADA | NV |
| 89165 | LAS VEGAS | NEVADA | NV |
| 89166 | LAS VEGAS | NEVADA | NV |
| 89169 | LAS VEGAS | NEVADA | NV |
| 89170 | LAS VEGAS | NEVADA | NV |
| 89173 | LAS VEGAS | NEVADA | NV |
| 89177 | LAS VEGAS | NEVADA | NV |
| 89178 | LAS VEGAS | NEVADA | NV |
| 89179 | LAS VEGAS | NEVADA | NV |
| 89180 | LAS VEGAS | NEVADA | NV |
| 89183 | LAS VEGAS | NEVADA | NV |
| 89185 | LAS VEGAS | NEVADA | NV |
| 89191 | NELLIS AFB | NEVADA | NV |
| 89193 | LAS VEGAS | NEVADA | NV |
| 89195 | LAS VEGAS | NEVADA | NV |
| 89199 | LAS VEGAS | NEVADA | NV |
| 89301 | ELY | NEVADA | NV |
| 89310 | AUSTIN | NEVADA | NV |
| 89311 | BAKER | NEVADA | NV |
| 89314 | DUCKWATER | NEVADA | NV |
| 89315 | EAST ELY | NEVADA | NV |
| 89316 | EUREKA | NEVADA | NV |
| 89317 | LUND | NEVADA | NV |
| 89318 | MC GILL | NEVADA | NV |
| 89319 | RUTH | NEVADA | NV |
| 89404 | DENIO | NEVADA | NV |
| 89405 | EMPIRE | NEVADA | NV |
| 89406 | FALLON | NEVADA | NV |
| 89407 | FALLON | NEVADA | NV |
| 89408 | FERNLEY | NEVADA | NV |
| 89409 | GABBS | NEVADA | NV |
| 89412 | GERLACH | NEVADA | NV |
| 89414 | GOLCONDA | NEVADA | NV |

| | | | |
|---|---|---|---|
| 89415 | HAWTHORNE | NEVADA | NV |
| 89418 | IMLAY | NEVADA | NV |
| 89419 | LOVELOCK | NEVADA | NV |
| 89420 | LUNING | NEVADA | NV |
| 89421 | MC DERMITT | NEVADA | NV |
| 89422 | MINA | NEVADA | NV |
| 89424 | NIXON | NEVADA | NV |
| 89425 | OROVADA | NEVADA | NV |
| 89438 | VALMY | NEVADA | NV |
| 89442 | WADSWORTH | NEVADA | NV |
| 89496 | FALLON | NEVADA | NV |
| 89801 | ELKO | NEVADA | NV |
| 89802 | ELKO | NEVADA | NV |
| 89803 | ELKO | NEVADA | NV |
| 89815 | SPRING CREEK | NEVADA | NV |
| 89820 | BATTLE MOUNTAIN | NEVADA | NV |
| 89821 | CRESCENT VALLEY | NEVADA | NV |
| 89822 | CARLIN | NEVADA | NV |
| 89823 | DEETH | NEVADA | NV |
| 89824 | HALLECK | NEVADA | NV |
| 89828 | LAMOILLE | NEVADA | NV |
| 89830 | MONTELLO | NEVADA | NV |
| 89833 | RUBY VALLEY | NEVADA | NV |
| 89834 | TUSCARORA | NEVADA | NV |
| 89835 | WELLS | NEVADA | NV |
| 89883 | WEST WENDOVER | NEVADA | NV |